```
UNITED STATES DISTRICT COURT            | USDC SDNY
SOUTHERN DISTRICT OF NEW YORK           | DOCUMENT
------------------------------------X   | ELECTRONICALLY FILED
                                        | DOC #:
                                        | DATE FILED: 1/31/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Hudson Bay Master Fund Ltd.,
                Plaintiff,

-against-

Immune Pharmaceuticals, Inc.,

                Defendant.
------------------------------------------------------------X

18 Civ. 11688 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated November 26, 2019, directed the parties to file a status letter on January 28, 2020 (Dkt. 27);

WHEREAS, the parties have not filed a status letter. It is hereby

**ORDERED** that the parties shall file a status letter regarding the bankruptcy proceeding as soon as possible, and no later than **February 4, 2020**.

The parties are reminded to Comply with Court Orders.

Dated: January 31, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE