UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                    :
HUDSON BAY MASTER FUND LTD.,          :
                                  Plaintiff,  :
                                                 :         18 Civ. 11688 (LGS)
                 -against-                      :
                                               :         <u>ORDER</u>
IMMUNE PHARMAEUTICALS, INC.,           :
                                  Defendant, :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on February 3, 2020, Defendant was ordered to file a status letter every 60 days. Dkt. No. 30;

       WHEREAS, on July 31, 2020, Defendant failed to timely file a status letter. It is hereby

       **ORDERED** that Defendant file a status letter by August 7, 2020 and every 60 days thereafter.

Dated: August 3, 2020
       New York, New York

                                                          **LORNA G. SCHOFIELD**
                                                   **UNITED STATES DISTRICT JUDGE**